RICHARD M. ROGERS, #045843  
MAYO & ROGERS  
114 Sansome Street, #1310  
San Francisco, CA 94104  
Telephone: 415/397-1515  
Facsimile: 415/397-1540  
Email: RogersRMR@aol.com  

Attorneys for Plaintiff  
JOSEPH DOW  

Dated; June 2, 2006

*IT IS SO ORDERED*  
[signature] Maxine M. Chesney  
Judge Maxine M. Chesney  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DOW, <br><br>     Plaintiff, <br><br> v. <br><br> LOWE'S HOME IMPROVEMENT, INC., <br><br>     Defendant. | CASE NO. C05-03077 MMC [ECF] <br><br> Case filed:         07/28/05 <br> Case reassigned:  08/25/05 <br> Trial date:          01/16/07 <br><br> **SUBSTITUTION OF ATTORNEYS** |

Plaintiff Joseph Dow substitutes himself, in *propria persona*, in place and instead of Richard M. Rogers, Mayo & Rogers, as attorney of record. His address and telephone number are: 101 Esplanade Avenue, #14, Pacifica, CA 94044, 650-898-2308.

Respectfully submitted,

Dated: 6-2-06

MAYO & ROGERS

By: [signature]  
RICHARD M. ROGERS  
Attorneys for Plaintiff

Dated: 5/31/2006

By: [signature]  
JOSEPH DOW  
Plaintiff

---

DOW/  
STUT.ATTY.wpd     USDC No. C05-03077 MMC [ECF] – Substitution of Attorneys     1