Dated: June 9, 2006

GREGORY S. WALSTON, State Bar No. 196776
THE WALSTON LEGAL GROUP
222 Columbus Avenue, Suite 320
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DOW,<br><br>                    Plaintiff,<br><br>     v.<br><br>LOWE'S HOME IMPROVEMENT, INC., et al.,<br><br>                    Defendants. | Case No. C-05-3077 MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS GIVEN THAT plaintiff Joseph Dow is now represented by the undersigned at the following office:

> GREGORY S. WALSTON
> THE WALSTON LEGAL GROUP
> 222 Columbus Avenue, Suite 320
> San Francisco, California 94133
> Telephone: (415) 956-9200
> Facsimile: (415) 956-9205
> Email: gwalston@walstonlaw.com

Dated: June 7, 2006                         Respectfully Submitted,

                                            THE WALSTON LEGAL GROUP

                                            _____
                                            By: Gregory S. Walston

                                            ATTORNEYS FOR PLAINTIFF