**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH DOW, | No. C-05-3077 MMC |
|---|---|
| Plaintiff | **ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM** |
| v. | |
| LOWE'S HOME IMPROVEMENT, INC., | |
| Defendant / | |

As all parties in the above-titled action now are represented by counsel, IT IS
HEREBY ORDERED that the case is assigned to the Electronic Case Filing Program,
pursuant to General Order No. 45.  All further filings shall be filed electronically, subject to
the exceptions and exclusions set forth in section VII of General Order No. 45.

Counsel are reminded of the following provision in the Court's Standing Orders:
"In all cases that have been assigned to the Electronic Case Filing Program, the parties are
required to provide for use in chambers one paper copy of each document that is filed
electronically.  The paper copy of each such document shall be delivered no later than
noon on the day after the document is filed electronically.  The paper copy shall be marked
'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked
with the judge's name, case number, and 'E-Filing Chambers Copy.'"

**IT IS SO ORDERED.**

Dated:   June 9, 2006

Maxine M. Chesney
United States District Judge