1  KAREN J. KUBIN (SBN 71560)
   AKIN GUMP STRAUSS HAUER & FELD LLP
2  580 California Street, Suite
   San Francisco, California
3  Telephone:  415-765-9500
   Facsimile:  415-765-9501
4
   Attorneys for Defendant
5  LOWE'S HIW, INC., erroneously named herein as
   LOWE'S HOME IMPROVEMENT, INC.
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | JOSEPH DOW,                      | Case No. C 05 03077 MMC
11 |         Plaintiff,               | NOTICE OF SUBSTITUTION OF COUNSEL;
                                      | ORDER THEREON
12 |     v.                           |
                                      | Trial Date: Not Set
13 | LOWE'S HOME IMPROVEMENT, INC.,   |
14 |         Defendant.               |

15

16     PLEASE TAKE NOTICE that Defendant Lowe's HIW, Inc. hereby substitutes Karen J.
17 Kubin of Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco,
18 California 94104, (415) 765-9500, as their attorneys of record in this matter, in place of John M.
19 Julius III, of Littler Mendelson, 501 West Broadway, Suite 900, San Diego, CA 92101, (619) 232-
20 0441.
21 DATED: July 28, 2006          LOWE'S HIW, INC.
22
23                               By: [signature]
24 ///
25 ///
26 ///
27 ///
28

NOTICE OF SUBSTITUTION OF
COUNSEL                                              Case No. C 05 03077 MMC

1      I consent to this substitution.

2      DATED: July 27, 2006      LITTLER MENDELSON

4      By: _____
            John M. Julius III

6      I accept this substitution.

7      DATED: July 31, 2006      AKIN GUMP STRAUSS HAUER & FELD LLP

9      By: _____
            Karen Kubin

12 Firmwide:81339826.1 028756.1425

14 Dated: August 2, 2006

**IT IS SO ORDERED**
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA