GREGORY S. WALSTON, State Bar No. 196776
THE WALSTON LEGAL GROUP
A Professional Corporation
222 Columbus Avenue, Suite 320
San Francisco, California 94133
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSEPH DOW,<br><br>               Plaintiff,<br><br>     v.<br><br>LOWE'S HOME IMPROVEMENT, INC., et al.,<br><br>               Defendants. | Case No. C-05-3077 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

THE WALSTON LEGAL GROUP
A Professional Corporation

- 1 -

1   Plaintiff's counsel will be in trial in the Superior Court for the County of Contra Costa on

2  October 27, 2006, and unable to appear at the further case management conference in this action.

3  Accordingly, the parties here by stipulate to continue the further case management conference one

4  week, to November 3, 2006 at 10:30.

5  Dated: October __, 2006                     AKIN, GUMP, STRAUSS, HAUER & FELD

6

7                                                      /s/ [Anna Suh]_____
                                                      By:  Karen J. Kubin
8                                                           Anna Suh

9                                                      ATTORNEYS FOR DEFENDANT

10

11

12  Dated: October 18, 2006                    THE WALSTON LEGAL GROUP

13

14                                                     /s/ [Gregory S. Walston]_____
                                                      By:  Gregory S. Walston
15                                                      ATTORNEYS FOR PLAINTIFF

16

17

18

19                              **PROPOSED ORDER**

20      It is so ordered.

21
                                        _Mafine M. Chulmey_____
22  Dated: __October 24, 2006_____
                                        UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Dow v. Lowe's Home Improvement, No. 05-3077

THE WALSTON LEGAL GROUP
A Professional Corporation