UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DOW,

       Plaintiff,

       v.

LOWE'S HOME IMPROVEMENT, INC.,

       Defendant.
_____/

No. C 05-03077 MMC

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for settlement purposes. The Court recuses itself from hearing this matter.

IT IS SO ORDERED.

Dated: November 8, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge