IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DOW, | No. C-05-3077 MMC |
| Plaintiff, | **ORDER RE: LETTER FILED JULY 10, 2009** |
| v. | |
| LOWE'S HOME IMPROVEMENT, INC., | |
| Defendant. / | |

The Court is in receipt of a letter, filed July 10, 2009 in the above-titled action by plaintiff Joseph Dow ("Dow"), purportedly appearing pro se.

Because Dow has counsel of record in said action, the Court will not entertain a filing submitted in such fashion. Moreover, it would appear that the matter to which Dow refers was considered at the time the Court issued its order granting summary judgment in favor of defendants. (See Order filed Dec. 5, 2006 at 10 n.4.)

**IT IS SO ORDERED.**

Dated: August 14, 2009

MAXINE M. CHESNEY
United States District Judge